The People of the State of Illinois for the use of Ida Slavik et al., appellant, v. United States Fidelity and Guaranty Company and John B. Dicus, appellees. Gen. No. 38,597.

Opinion filed December 23, 1935.

A. G. Dicus, for appellant. Robertson, Crowe & Spence, for appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

Lillian G. Armstrong, plaintiff in error, v. The Travelers Insurance Company, defendant in error. Gen. No. 37,692.

Opinion filed December 27, 1935.

Richard P. Garrett, for plaintiff in error. Kirkland, Fleming, Green & Martin, for defendant in error; William H. Symmes, Jay Fred Reeve and Edward C. Caldwell, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Margaret A. Treacy, appellee, v. Freeport Motor Casualty Company, appellant. Gen. No. 37,814.

Opinion filed December 27, 1935.

George F. Engelbreit, for appellant. Solomon & Borden, for appellee; Charles H. Borden and Vernon C. Reich, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.